(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>District of Connecicut | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wesley, Thomas A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Wesley, Rebecca Wild |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>n/a | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>n/a |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4 Saw Mill Lane<br>Avon, CT 06001 | Street Address of Joint Debtor(No. & Street, City, State & Zip Code):<br>4 Saw Mill Lane<br>Avon, CT 06001 |
| County of Residence or of the<br>Principal Place of Business:      Hartford | County of Residence or of the<br>Principal Place of Business:      Hartford |
| Mailing Address of Debtor (if different from street address):<br>n/a | Mailing Address of Joint Debtor (if different from street address):<br>n/a |

$ 200.00
# 248294

## 00   21886 RLK

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property in excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

#1

I

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br>    Thomas A. Wesley & Rebecca Wild Wesley | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:    NONE | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br>    NONE | Case Number | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Thomas W Wesley_
Signature of Debtor

X _Rebecca Wild-Wesley by TW_
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

_July 6, 2000_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
   Charles A. Maglieri

Firm Name
   34 Jerome Avenue

Address
   Bloomfield, CT 06002

   860-242-0574

Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 or title 11, United States Code, and have explained the relief available under each such chapter.

X _Charles A. Maglieri_    _7-7-00_
Signature of Attorney for Debtor(s)      Date

FORM 7
Rev. 12/94

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

UNITED STATES BANKRUPTCY COURT
District of Connecicut

In Re _Thomas A. Wesley & Rebecca Wild Wesley_____    Case No._____
                  **(Name)**                                                                              **(If known)**
                                    Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 2000(H) | $32,109.36 | Perkin Elmer, Inc. & Barnes Group |
| 1999(H) | 204,278.00 | |
| 1998(H) | 108,000.00 | |
| 2000(W) | 2,814.03 | Community Outreach & Avon Board of Education |

|  | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 1999(W) | 8,793.00 | Community Outreach & Avon Board of Ed. |
| 1998(W) | 8,000.00 | |

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to Creditors

None ☐

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Internal Revenue Service | 5/19/00 | $1,288.00 | $6,737.00 |

None ☒

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4a. Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐      preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Fleet National Bank vs. Great Circle Trading, et al Docket No. CV-99-0593629-S | Civil | Superior Court 95 Washington St. Hartford, CT | Judgment – 2/8/00 |

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒      one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6a.   Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒      the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. – 30168

None   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒    year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☐    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| West Avon Congregational Church 280 West Avon Road Avon, CT 06001 | chuch affiliation | 1999 | $3,003 |
| Maritime Ministry of Southern New England Seafarers & International House P.O. Box 4049, Amity Station New Haven, CT | none | 3/99 | $250.00 cash |
| Mystic Seaport 75 Greenmanville Avenue P.O. Box 6000 Mystic, CT | none | 11/99 | $50.00 cash |
| CT Public Television & Radio Department 364 Hartford, CT 06180-0364 | none | 2/00 | $375.00 cash |
| Greater Hartford YMCA 730 Hopmeadow Street Simsbury, CT 06070-2227 | none | 2/00 | $75.00 cash |
| American Cancer Society | none | 4/00 | $20.00 cash |
| Foodshare P.O. Box 809 Windsor, CT 06095-0809 | none | 5/99 | $50.00 |
| Avon Police Association | none | | $20.00 cash |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| ConnPIRG<br>41 S. Main St.<br>Suite 1<br>W. Hartford, CT | none | 2/00 | $60.00 |
| Avon Scholars for Dollars<br>Avon, CT | none | 5/99 | $20.00 cash |
| Avon High School Booster Club<br>P.O. Box 9<br>Avon, CT 06001 | none | 3/00 | $25.00 cash |
| U.S. Merchant Marine Academy<br>Foundation, Inc.<br>Babson Center<br>Kings Point, NY 11024 | alumnus | 3/99 | $75.00 cash |
| WGBY<br>P.O. Box 8057<br>Springfield, MA | none | 5/99 | |
| American Heart Association | none | 4/00 | |
| American Diabetes Association | none | 4/00 | |

**8.    Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - J0168

### 10.  Other transfers

None
☒

a.      List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.   (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Kaman Corporation | stock | Closed: 1/5/2000<br>Balance: 7,985.10 |
| Dreyfus Service Corp.<br>144 Glenn Curtiss Blvd.<br>Unionville, NY 11556-0144 | investor shares<br>account no. 317-9000056409 | Closed: 12/14/99<br>Balance: 11.06 |

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 20164

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Philip Wesley<br>108 Reef Court<br>West Babylon, NY 11704 | 1988 17ft. boat & trailer<br>valued @ $1,000.00 | 4 Sawmill Lane<br>Avon, CT 06001 |

**15. Prior address of debtor**

None
☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 147 Haynes Road<br>Avon, CT 06001 | debtors | 1988 - 1998 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an office, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

**16.  Nature, location and name of business**

None    a.    If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer,
☐    director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed
professional within the two years immediately preceding the commencement of this case, or in which the debtor
owned 5 percent or more of the voting or equity securities within the two years immediately preceding the
commencement of this case.

b.    If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or
owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of
this case.

c.    If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or
owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of
this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|
| Great Circle Trading Co. | 4 Sawmill Lane Avon, CT | import/export | 1991 - 1998 |

**17a.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Michael Klucznik, CPA<br>P.O. Box 290656<br>Wethersfield, CT 06129-0656 | 1991 - 1998 |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒    have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICE |
|---|---|---|

None   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐      of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Michael Klucznik, CPA
P.O. Box 290656
Wethersfield, CT 06129-0656

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒      financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                        DATED ISSUED

**18a.  Inventories**

None   a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒      taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None   b.    List the name and address of the person having possession of the records of each of the two inventories
☒      reported in a., above.

DATE OF INVENTORY                       NAME AND ADDRESSES OF CUSTODIAN OF
                                        INVENTORY RECORDS

**19a.  Current Partners**

None   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒    or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**20a. Former Partners**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒    preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated
☒    within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**21.    Withdrawals from a partnership or distribution by a corporation**

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

Date    _Thomas A Wesley_    Signature    _Thomas A Wesley_
_July 6, 2000_    of Debtor    THOMAS A. WESLEY

Date    _July 6, 2000_    Signature    _Rebecca Wild-Wesley by TAW_
of Joint Debtor    REBECCA WILD WESLEY

Bankruptcy2000 ©1991-98, New Hope Software, Inc. – 30168

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court

### District of Connecicut

Thomas A. Wesley & Rebecca Wild Wesley

In re _____     Case No. _____
          Debtor                                            (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 285,000.00 | | |
| B - Personal Property | YES | 9 | $ 145,823.33 | | |
| C - Property Claimed As Exempt | YES | 4 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 210,698.66 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 8,007.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 161,001.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,994.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 7,906.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 23 | | | |
| Total Assets ▶ | | | 430,823.33 | | |
| Total Liabilities ▶ | | | | 379,706.66 | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6A
(10/89)

In re **Thomas A. Wesley & Rebecca Wild Wesley**

Debtor

Case No. _____

(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| debtors' residence; single-family; 4 Saw Mill Lane, Avon, CT | Fee Simple - JROS | J | 285,000.00 | 190,655.46 |
| | | Total ▶ | 285,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____     Case No. _____
                Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, of both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Navy Federal Credit Union; checking account no. 0734618 01<br><br>Navy Federal Credit Union<br>P.O. Box 3100<br>Merrifield, VA 22119-3100 | J | 10.00 |
| | | Fleet Bank; checking account no 9368940130<br><br>Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106-2197 | J | 300.00 |
| | | Fleet Bank; savings account no. 9368940130<br><br>Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106-2197 | J | 50.00 |
| | | Navy Federal Credit Union; savings account no. 0734618-002 | J | 276.00 |

Bankruptcy2006 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | NFCU<br>P.O. Box 3100<br>Merrifield, VA 22119-3100 | | |
| | | Navy Federal Credit Unioin; savings account no. 0734618-200<br><br>NFCU<br>P.O. Box 3100<br>Merrifield, VA 22119-3100 | W | 10.00 |
| | | legal title only:  custodial interest in UGMA account no. 021-023-2303441174; debtor did not contribute; not property of the estate<br><br>Nicholas Fund, Inc.<br>Firstar Mutual Fund Services, LLC<br>P.O. Box 701<br>Milwaukee, WI 53201-0701 | W | 3,549.66 |
| | | legal title only:  custodial interest in UGMA account no. 021-023-2303441192; debtor did not contibute; not property of the estate<br><br>Nicholas Fund, Inc.<br>Firstar Mutual Funds Srvcs., LLC<br>P.O. Box 701<br>Milwaukee, WI 53201-0701 | W | 3,521.59 |

Bankruptcy2000 ©1991-98; New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | legal title only: custodial interest in UGMA account no. 021-023-2303446286; debtor did not contribute; not property of the estate<br><br>Nicholas Fund, Inc.<br>Firstar Mutual Fund Srvcs., LLC<br>Milwaukee, WI 53201-0701 | H | 6,957.72 |
| | | Financial Management Account no. 489-20696-10 038; Salomon Smith Barney<br><br>Salomon Smith Barney<br>388 Greenwich Street<br>New York, NY 10013 | J | 172.00 |
| | | custodial savings account no. 345770 for daughter, Hannah; not propperty of the estate<br><br>Farmington Savings Bank<br>32 Main Street<br>Farmington, CT 06032 | W | 1,050.72 |
| | | custodial savings account #345797 for daughter, Abigail<br><br>Farmington Savings Bank<br>32 Main Street<br>Farmington, CT 06032 | W | 848.68 |
| | | joint checking account no. 0734618-705 | J | 0.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

In re Thomas A. Wesley & Rebecca Wild Wesley _____    Case No. _____
       Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Navy Federal Credit Union<br>P.O. Box 3100<br>Merrifield, VA 22119-3100 | | |
| | | business savings money market account no. 9370799949 | J | 123.00 |
| | | Fleet Bank easy business checking account no. 9368436655 | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 4 bedroom sets, living room set, dining room set, family room, miscellaneous kitchen supplies & appliances, asssorted tables, lamps, chairs, rugs, 3 tv's, stereo, personal computer | J | 5,000.00 |
| | | class ring | H | 50.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | various books, prints, compact discs, water colors | J | 2,500.00 |
| | | antique butler's table, butler's desk, Seth Thomas clock, ice box, 6 x 8 oriental rug, mahognay chest, oak table, & pine chest | J | 470.00 |
| 6.  Wearing apparel. | | casual wear, work attire, coats, jackets, shoes, etc. | J | 600.00 |
| 7.  Furs and jewelry. | | wedding band | H | 200.00 |
| | | engagement ring, wedding band | W | 2,500.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                        Debtor                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | necklace, pearl neckaces, pearl earrings, pearl bracelet, & assorted costume jewelry | W | 750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Nordic Track & camera | J | 40.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | whole life insurance policy #1944380; face amount of $200k; surrender value of $1,473.88<br><br>First Colony Life Insurance<br>P.O. Box 1280<br>Lynchburg, VA 24505-1280 | H | 1,473.88 |
| | | whole life insurance policy #1944379; face amount of $500k; cash surrender value of $551.00<br><br>First Colony Life Insurance<br>P.O. Box 1280<br>Lynchburg, VA 24505 | H | 551.00 |
| | | whole life insurance policy #053448971; face amount of $350k; cash surrender value of $189<br><br>Mass Mutual | H | 189.00 |
| | | whole life insurance policy #1 877 288; face amount of $173k; cash surrender value of $2,784<br><br>Minnesota Mutual Life<br>400 Robert Street North<br>St. Paul, MN 55101-2098 | H | 2,784.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____

Debtor                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | whole life insurance policy #CUL023079Z; face amount of $460k; no cash value<br><br>CIGNA | H | 288.00 |
| | | term insurance policy #00342239; no cash value<br><br>American Fam. Life Assurance Co.<br>1 Marcus Boulevard<br>Albany, NY 12205 | H | 0.00 |
| | | term insurance policy #143315301; face amount of $162,887; no cash value<br><br>USAA Life Insurance Co.<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA account no. 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; not property of the estate; CGS 52-321(a)<br><br>Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106-2197 | H | 2,389.46 |
| | | IRA account no. 330 3301625349; Oppenheimer Funds; not property of the estate; CGS 52-321(a) | W | 11,706.42 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | rollover 401k into IRA; not property of the estate; CGS 52-321(a)<br><br>Salomon Smith Barney, Inc.<br>Tower at Northwoods<br>222 Rosewood Dr. 8th Floor<br>Danvers, MA 01923 | H | 6,950.00 |
| | | IRA account no. 00053448971; not property of the estate; CGS 52-321(a)<br><br>Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106-2197 | H | 2,389.46 |
| | | IRA account no. 489-61493-19 038; not property of the estate; CGS 52-321(a)<br><br>Salomon Smith Barney | H | 40,597.74 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | note - $17,000 owed; probably uncollectible | H | 17,000.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Buick Roadmaster; 110k miles | J | 7,375.00 |
| | | 2000 Honda Accord EX | J | 22,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | wooden desk, chair, credenza, 5-drawer lateral file cabinet | J | 150.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6B
(10/89)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                    Debtor                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | lawn mower, garden tools & household tools | J | 1,000.00 |

0
_____ continuation sheets attached            Total ▶ | $ | 145,823.33

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6C
(6/90)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____          Case No._____
Debtor                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1) Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| debtors' residence; single-family; 4 Saw Mill Lane, Avon, CT | (Husb)CGS 52-352b.(t) (Wife)CGS 52-352b.(t) | 47,172.27 47,172.27 | 285,000.00 |
| Navy Federal Credit Union; checking account no. 0734618 01 | (Husb)CGS 52-352b.(r) (Wife)CGS 52-352b.(r) | 5.00 5.00 | 10.00 |
| Fleet Bank; checking account no 9368940130 | (Husb)CGS 52-352b.(r) (Wife)CGS 52-352b.(r) | 150.00 150.00 | 300.00 |
| Fleet Bank; savings account no. 9368940130 | (Husb)CGS 52-352b.(r) (Wife)CGS 52-352b.(r) | 25.00 25.00 | 50.00 |
| Navy Federal Credit Union; savings account no. 0734618-002 | (Husb)CGS 52-352b.(r) (Wife)CGS 52-352b.(r) | 138.00 138.00 | 276.00 |
| Navy Federal Credit Unioin; savings account no. 0734618-200 | (Wife)CGS 52-352b.(r) | 10.00 | 10.00 |
| 4 bedroom sets, living room set, dining room set, family room, miscellaneous kitchen supplies & appliances, asssorted tables, lamps, chairs, rugs, 3 tv's, stereo, personal computer | (Husb)CGS 52-352b.(a) (Wife)CGS 52-352b.(a) | 2,500.00 2,500.00 | 5,000.00 |
| various books, prints, compact discs, water colors | (Husb)CGS 52-352b.(a) (Wife)CGS 52-352b.(a) | 1,250.00 1,250.00 | 2,500.00 |
| casual wear, work attire, coats, jackets, shoes, etc. | (Husb)CGS 52-352b.(a) (Wife)CGS 52-352b.(a) | 300.00 300.00 | 600.00 |
| wedding band | (Husb)CGS 52-352b.(k) | 200.00 | 200.00 |
| engagement ring, wedding band | (Wife)CGS 52-352b.(k) | 2,500.00 | 2,500.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6C
(6/90)

In re    Thomas A. Wesley & Rebecca Wild Wesley

_____  
Debtor

Case No._____  
(if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Nordic Track & camera | (Husb)CGS 52-352b.(a)<br>(Wife)CGS 52-352b.(a) | 20.00<br>20.00 | 40.00 |
| IRA account no. 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; not property of the estate; CGS 52-321(a) | (Husb)CGS 52-352b.(m) not property of the estate; CGS 52-321(a) | 2,389.46 | 2,389.46 |
| IRA account no. 330 3301625349; Oppenheimer Funds; not property of the estate; CGS 52-321(a) | (Wife)CGS 52-352b.(m) not property of the estate; CGS 52-321(a) | 11,706.42 | 11,706.42 |
| note - $17,000 owed; probably uncollectible | N/A | | 17,000.00 |
| 1993 Buick Roadmaster; 110k miles | (Husb)CGS 52-352b.(j)<br>(Wife)CGS 52-352b.(j) | 1,500.00<br>1,500.00 | 7,375.00 |
| legal title only: custodial interest in UGMA account no. 021-023-2303441174; debtor did not contribute; not property of the estate | not property of the estate; 11 USC §541d | | 3,549.66 |
| legal title only: custodial interest in UGMA account no. 021-023-2303441192; debtor did not contibute; not property of the estate | not property of the estate; 11 USC §541d | | 3,521.59 |
| legal title only: custodial interest in UGMA account no. 021-023-2303446286; debtor did not contribute; not property of the estate | not property of the estate; 11 USC §541d | | 6,957.72 |
| rollover 401k into IRA; not property of the estate; CGS 52-321(a) | (Husb)CGS 52-352b.(m) not property of the estate; CGS 52-321(a) | 6,950.00 | 6,950.00 |
| IRA account no. 00053448971; not property of the estate; CGS 52-321(a) | (Husb)CGS 52-352b.(m) not property of the estate; CGS 52-321(a) | 2,389.46 | 2,389.46 |
| wooden desk, chair, credenza, 5-drawer lateral file cabinet | (Husb)CGS 52-352b.(a)<br>(Wife)CGS 52-352b.(a) | 75.00<br>75.00 | 150.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6C
(6/90)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
Debtor                                                                              (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| antique butler's table, butler's desk, Seth Thomas clock, ice box, 6 x 8 oriental rug, mahognay chest, oak table, & pine chest | (Husb)CGS 52-352b.(a) (Wife)CGS 52-352b.(a) | 235.00 235.00 | 470.00 |
| 2000 Honda Accord EX | (Wife)CGS 52-352b.(r) | 669.00 | 22,000.00 |
| IRA account no. 489-61493-19 038; not property of the estate; CGS 52-321(a) | (Husb)CGS 52-352b.(m) not property of the estate; CGS 52-321(a) | 40,597.74 | 40,597.74 |
| whole life insurance policy #1944380; face amount of $200k; surrender value of $1,473.88 | (Husb)CGS 52-352b.(s) | 1,473.88 | 1,473.88 |
| whole life insurance policy #1944379; face amount of $500k; cash surrender value of $551.00 | (Husb)CGS 52-352b.(s) | 551.00 | 551.00 |
| whole life insurance policy #053448971; face amount of $350k; cash surrender value of $189 | (Husb)CGS 52-352b.(s) | 189.00 | 189.00 |
| whole life insurance policy #1 877 288; face amount of $173k; cash surrender value of $2,784 | (Husb)CGS 52-352b.(s) | 1,498.12 | 2,784.00 |
| whole life insurance policy #CUL023079Z; face amount of $460k; no cash value | (Husb)CGS 52-352b.(s) | 288.00 | 288.00 |
| term insurance policy #00342239; no cash value | (Husb)CGS 52-352b.(s) | 0.00 | 0.00 |
| term insurance policy #143315301; face amount of $162,887; no cash value | (Wife)CGS 52-352b.(m) | 0.00 | 0.00 |
| joint checking account no. 0734618-705 | (Husb)CGS 52-352b.(r) (Wife)CGS 52-352b.(r) | 0.00 0.00 | 0.00 |
| business savings money market account no. 9370799949 | N/A | | 123.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 10168

FORM B6C
(6/90)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____

       Debtor

Case No._____

             (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| lawn mower, garden tools & household tools | (Husb)CGS 52-352b.(a)<br>(Wife)CGS 52-352b.(a) | 500.00<br>500.00 | 1,000.00 |
| Fleet Bank easy business checking account no. 9368436655 | (Husb)CGS 52-352b.(r)<br>(Wife)CGS 52-352b.(r) | 0.00<br>0.00 | 0.00 |
| class ring | N/A | | 50.00 |
| necklace, pearl neckaces, pearl earrings, pearl bracelet, & assorted costume jewelry | N/A | | 750.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc - 30168

FORM B6D
(6/90)

In re Thomas A. Wesley & Rebecca __ __ld Wesley _____     Case No. _____
         Debtor                                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0603158134 <br><br> Standard Federal Bank <br> 2600 W. Big Beaver Road <br> Troy, MI 48084 | | J | Incurred: 1998 <br> Lien: Mortgage <br> Security: debtors' residence - 4 Sawmill Lane, Avon, CT <br><br> Value $              285,000.00 | | | | 190,655.46 | 0.00 |
| ACCOUNT NO.  3417276403 <br><br> USAA Federal Savings Bank <br> 10750 McDermott Fwy. <br> San Antonio, TX 78288 | | J | Incurred: 1999 <br> Lien: Certificate of title <br> Security: 2000 Honda Accord EX <br><br> Value $              22,000.00 | | | | 20,043.20 | 0.00 |
| ACCOUNT NO. <br><br><br><br> | | | Value $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | Value $ | | | | | |

0
___ Continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ | 210,698.66 |
| Total ▶ (Use only on last page) | $ | 210,698.66 |

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

B6E
(Rev. 12/94)

In re  Thomas A. Wesley & Rebecca Wild Wesley                    Case No. _____

_____                              _____
Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions including vacation, severance, and sick leave pay owing to employees up to a maximum of $4300* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fisherman, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $1950* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

FORM B6E - Cont.
(10/89)

In re ____Thomas A. Wesley & Rebecca Wild Wesley_____    Case No. _____
                     Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Taxes & Debts to Governments

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>Special Procedures Function<br>135 High Street, Stop 155<br>Hartford, CT 0606103 | | J | Incurred: 1998<br>Consideration: outstanding 1040 tax for period ending 12/31/98 | | | | 6,737.00 | 6,737.00 |
| ACCOUNT NO.<br>State of Connecticut<br>Dept. of Revenue Services<br>25 Signourney Street<br>Hartford, CT 06106-5003 | | J | Incurred: 1998<br>Consideration: outstanding 1040 tax for period ending 12/31/99 | | | | 1,270.00 | 1,270.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors

Subtotal ▸ (Total of this page)    $   8,007.00

Total ▸ (Use only on last page of the completed Schedule E)    $   8,007.00

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc - 30168

In re _Thomas A. Wesley & Rebecca Wild Wesley_  
　　　　　　　　　　Debtor

Case No. _____  
　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled"Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5472 6320 1119 0004<br><br>Fleet Bank<br>P.O. Box 2996<br>Hartford, CT 06104-2996 | | H | Consideration: mastercard account - business debt | | | | 5,278.00 |
| ACCOUNT NO.<br><br>Fleet National Bank<br>777 Main Street<br>Hartford, CT 06120 | | J | Incurred: 1995<br>Consideration: business debt | | | | 12,770.00 |
| ACCOUNT NO. 34-1727640-3<br><br>Fleet National Bank<br>P.O. Box 5091<br>Hartford, CT 06102 | | J | Incurred: 1995<br>Consideration: business debt - personal guarantee | | | | 100,000.00 |
| ACCOUNT NO. 4007718<br><br>Town of Avon<br>Collector of Revenue<br>P.O. Box 484<br>Avon, CT 06001 | | H | Incurred: 1998<br>Consideration: property tax bill for 1997 Grand List, Great Circle Trading | | | | 107.00 |

_____ continuation sheets attached

Subtotal ▶ | $ | 118,155.00

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

Thomas A. Wesley & Rebecca Wild Wesley

In re _____    Case No. _____
                          Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5474 6401 3049 3314 <br><br> Wells Fargo <br> P.O. Box 29706 <br> Phoenix, AZ 85038-9706 | | H | Incurred: 1996 <br> Consideration: business debt - personal guarantee | | | | 42,846.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ 42,846.00
Total ▶ | $ 161,001.00

(Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6G
(10/89)

In re  Thomas A. Wesley & Rebecca Wild Wesley
_____
Debtor

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.   State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 301168

FORM B6H
(6/90)

In re ___Thomas A. Wesley & Rebecca Wild Wesley_____   Case No. _____
                              Debtor                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6I
(6/90)

Thomas A. Wesley & Rebecca Wild Wesley

In re _____          Case No_____
                Debtor                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | NAMES<br>Hannah Wesley<br>Abigail Wesley<br>John Wesley | AGE<br>15 years<br>13 years<br>7 years | RELATIONSHIP<br>daughter<br>daughter<br>son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | director of plant operations | registered nurse |
| Name of Employer | Perkin Elmer Inc. | Hebrew Home & Hospital/Board of Ed. Avon, CT |
| How long employed | 2/19/00 | 5 years/6 months |
| Address of Employer | 761 Main Avenue<br>Norwalk, CT 06857-0039 | 1 Abrahms Boulevard/Simsbury Rod<br>West Hartford, CT/Simsbury, CT |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 10,625.00 | $ 669.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 10,625.00 | $ 669.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 3,249.00 | $ 41.00 |
| b. Insurance | $ 262.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) (H)401K contribution | $ 955.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 4,466.00 | $ 41.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 6,159.00 | $ 628.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ _____ | $ _____ |
| (Specify) _____ (W)second job - net earnings | $ 0.00 | $ 207.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 6,159.00 | $ 835.00 |

TOTAL COMBINED MONTHLY INCOME $_____6,994.00_____

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

FORM B6J
(6/90)

In re Thomas A. Wesley & Rebecca Wild Wesley

_____ ,    Case No. _____
Debtor                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 2,078.00 |
| Are real estate taxes included? Yes ✓ No ___ | |
| Is property insurance included? Yes ✓ No ___ | |
| Utilities   Electricity and heating fuel | $ 394.00 |
| Water and sewer | $ 69.00 |
| Telephone | $ 229.00 |
| Other   cable television, trash collection | $ 58.00 |
| Home maintenance (Repairs and upkeep) | $ 545.00 |
| Food | $ 1,000.00 |
| Clothing | $ 560.00 |
| Laundry and dry cleaning | $ 22.00 |
| Medical and dental expenses | $ 60.00 |
| Transportation (not including car payments | $ 385.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 358.00 |
| Charitable contributions | $ 343.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 443.00 |
| Health | $ 0.00 |
| Auto | $ 125.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)   personal property taxes, 1040 income | $ 226.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 535.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other   country club memebership, children school expense | $ 476.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 7,906.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ N.A. |
| B. Total projected monthly expenses | $ N.A. |
| C. Excess income (A minus B) | $ N.A. |
| D. Total amount to be paid into plan each _____ N.A. _____ (interval) | $ N.A. |

Form B6-Cont.
(12/94)

In re    Thomas A. Wesley & Rebecca Wild Wesley
_____ ,        Case No. _____
                            Debtor                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___
                                                                    (Total shown on summary page plus 1)
sheets and that they are true and correct to the best of my knowledge, information and belief.

Date ___July 6, 2000___          Signature ___Thomas A Wesley___
                                                          Debtor

Date ___July 6, 2000___          Signature ___Rebecca Wild Wesley___
                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          Date _____
Signature of Bankruptcy Petition Preparer

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30168

UNITED STATES BANKRUPTCY CO⌐ ⌐ from BANCAP    Page 38 of 41 IS⌐ CT OF Connecticut

In re    Thomas A. & Rebecca Wild-Wesley    Debtor(s)    Case No.    (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case    $ 1,000.00
   (b) prior to filing this statement, debtor(s) have paid    $ 1,000.00
   (c) the unpaid balance due and payable is    $ 0.00

(3) $ 200.00    of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    7/7/00    Respectfully submitted, _____    Attorney for Petitioner

Attorney's name and address _____ Charles A. Maglieri, 34 Jerome Avenue, Bloomfield, CT 06002

© 1991 JULIUS BLUMBERG, INC., NYC 10013

Fleet National Bank
777 Main Street
Hartford, CT 06120


Fleet National Bank
P.O. Box 5091
Hartford, CT 06102


Internal Revenue Service
Special Procedures Function
135 High Street, Stop 155
Hartford, CT 0606103


Standard Federal Bank
2600 W. Big Beaver Road
Troy, MI 48084


State of Connecticut
Dept. of Revenue Services
25 Signourney Street
Hartford, CT 06106-5003


Town of Avon
Collector of Revenue
P.O. Box 484
Avon, CT 06001


USAA Federal Savings Bank
10750 McDermott Fwy.
San Antonio, TX 78288


Wells Fargo
P.O. Box 29706
Phoenix, AZ 85038-9706

# UNITED STATES BANKRUPTCY COURT
## District of Connecicut

In re  _Thomas A. Wesley & Rebecca Wild Wesley_____ ,
                                    Debtor

Case No. _____

Chapter      7        _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date _____July 6, 2000_____     Signature         _____
                                of Debtor          THOMAS A. WESLEY

Date _____July 6, 2000_____     Signature         _____
                                of Joint Debtor    REBECCA WILD WESLEY

Charles A. Maglieri
34 Jerome Avenue
Bloomfield, CT 06002
860-242-0574
860-243-0106

# UNITED STATES BANKRUPTCY COURT

### NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws and your debts are primarily consumer debts, the Clerk of the Court's required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

Chapter 7 -- Liquidation, or
Chapter 11- Reorganization, or
Chapter 13 - Adjustment of Debts of an Individual
with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

Clerk of the Court

### ACKNOWLEDGMENT

I hereby certify that I have read this notice

DATED: _July 6, 2000_

Debtor Thomas A. Wesley

Joint Debtor, if any  Rebecca Wild Wesley

INSTRUCTIONS: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.